**Henry HUDSON, Plaintiff–Appellant,**

**v.**

**WESTINGHOUSE SAVANNAH RIVER COMPANY, Defendant–Appellee,**

**and**

**Savannah River Site, Defendant.**

No. 01–1159.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2001.

Decided May 2, 2001.

Henry Hudson, pro se.

Charles Franklin Thompson, Jr., Timothy James O'Rourke, Malone & Thompson, Columbia, SC, for appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Henry Hudson appeals the district court's order that granted summary judgment to Westinghouse in Hudson's civil action in which he alleged mistreatment by his former employer due to his disability and his race. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hudson v. Westinghouse Savannah River Co.*, No. CA–99–1510–1–22BD (D.S.C. Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*